JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ELENA ACUNA ALMENGOR,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-3707-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in petitioner's favor. Petitioner **Maria Elena Acuna Almengor (A# 240-923-441)** is ordered conditionally released unless, within 7 days of this order, respondents provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) at which the government must prove by clear and convincing evidence that petitioner's continued detention pending removal proceedings is justified based on genuine risk of flight.

DATED: July 24, 2026

STEVE KIM
United States Magistrate Judge